UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

George H. Kalberer,   Civil No. 13-1665

Plaintiff

v.

William Palmer, Et Seq.,   John Doe Discovery

Defendants

The Plaintiff, George H. Kalberer, has enclosed four (4) "Service of Process by the U.S. Marshal" forms for Hennepin County Medical Center, Tim Dolan, William Palmer, and Steven Hoeg. Tim Dolan and William Palmer are both listed at the Minneapolis Police Department, Minneapolis City Hall, 350 South 5th Street, Room 130, Minneapolis, MN 55415 - 1359 address. Tim Dolan may have retired and the Plaintiff believes that the Minneapolis Police have knowledge of his current home address.

Plaintiff Kalberer wrote Minneapolis Police Chief, Janee Harteau a letter about the aforesaid matter and discovery of the names and addresses of each and every John Doe listed in paragraph 10 of this lawsuit on October 7, 2013. I have enclosed a copy as Exhibit A.

As of this date Plaintiff has received no answer from Minneapolis Police Chief, Janee Harteau and hereby requests that the Court compel an answer.

Plaintiff Kalberer is also attempting to discover the real name and address of the HCMC John Doe Patient ("Richard") who is listed in paragraph 12 and paragraph 25 of this lawsuit. The Plaintiff respectfully request that the Court compel HCMC to discover the real name and address of Richard.

Respective submitted,

*George H. Kalberer*

George H. Kalberer
701 Koester Court #91
Northfield, MN 55057

Dated : October 23, 2013

Email: kalberercapital@gmail.com